UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SACCHI, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

-v-

WeBULL FINANCIAL LLC *et al.*,

Defendants.

26-CV-8973 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today, the Court denies Plaintiff's request for emergency relief, *see* ECF No. 31, as Plaintiff has not demonstrated a risk of irreparable harm, *see Sibanda v. Elison*, 23-CV-5752 (JMF), 2023 WL 7165046, *1 (S.D.N.Y. Oct. 31, 2023) ("[I]f a party fails to show irreparable harm, a court need not even address the remaining elements [for obtaining injunctive relief]."). No later than **November 19, 2026**, Defendant shall file a declaration providing Plaintiff information on the steps required of him to withdraw funds from, or transfer, his account.

Further, by separate Order to be entered today, the Court is referring this case to Magistrate Judge Parker for settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course. No later than **November 16, 2026**, the parties shall contact Magistrate Judge Parker's Chambers to schedule a settlement conference as soon as possible.

Unless and until this Court orders otherwise, the parties shall proceed on the briefing schedule set forth in ECF No. 30. If the parties jointly believe that there is a good faith basis to believe that this case can be settled (as the Court does), and agree that briefing should be postponed to permit the parties to focus in the near term on settlement, the parties may file a letter-motion seeking extension of their deadlines.

SO ORDERED.

Dated: November 12, 2026
New York, New York

JESSE M. FURMAN
United States District Judge